UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LESSIE R LINDSEY,

        Plaintiff,

v.

        Case No. 25-cv-0294-bhl

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

        Defendant.

## ORDER DISMISSING CASE

This case is before the Court for judicial review of a decision by the Commissioner of Social Security. Under the Court's March 4, 2025 Order that established the appeal procedure and briefing deadlines in this case, Plaintiff Lessie R. Lindsey's initial brief was due on June 11, 2025. (ECF No. 7.) Well in advance of that date, on April 28, 2025, the defendant filed the administrative record and confirmed service of a hardcopy of the Administrative Transcript on Lindsey. (ECF Nos. 8 & 9.)[1] Lindsey nevertheless failed to file her brief by the June 11, 2025 deadline. Noting her failure to comply with the deadline, on August 12, 2025, the Court gave her two weeks to file her opening brief or show cause explaining why her case should not be dismissed for failure to prosecute. (ECF No. 12.) The Court's order specifically warned Lindsey that failure to comply could result in dismissal. (*Id.*)

On August 14, 2025, Lindsey filed a letter explaining that she missed her briefing deadline because of various health issues, and she misunderstood what was required of her. (ECF No. 13.) Based on her response, the Court deemed its order to show cause satisfied and gave Lindsey even more time, until August 29, 2025, to file an opening brief. (ECF No. 14.) The Court again warned her that if she did not file her brief by this latest deadline, her case would be dismissed. (*Id.*)

---

[1] On June 25, 2025, the defendant filed a supplemental administrative transcript along with confirmation of service of a hardcopy on Lindsey. (ECF Nos. 10 & 11.) The supplemental transcripts were reviewed by the Appeals Council but omitted from the administrative record initially sent to Lindsey. (ECF No. 11-1 at 1.)

On August 26, 2025, Lindsey filed correspondence that the clerk construed as a motion for a further extension of time. (ECF No. 15.) In her correspondence, Lindsey explains that she could not file her brief timely on her own because she does not know how to put a brief together. (*Id.* at 1.) She further indicates that she has finally found counsel to help her with her brief but needs more time and attaches a letter from Attorney Donald J. Chewning. (*Id.*)

Contrary to Lindsey's suggestion, the attached letter indicates that Chewning has *declined* to take on her representation. (*Id.* at 2.) He explains that he was contacted on Lindsey's behalf by someone called "Lee" in April and then asked for copies of the case materials, including the ALJ's decision and the court file, but did not receive a response. (*Id.*) Chewning declines to take Lindsey's case because it would be "impossible" to conduct a timely review given his calendar. (*Id.*) He notes that he provided Lee with the name of another lawyer and wishes Lindsey good luck. (*Id.*)

The Court will deny Lindsey's request for further delay. At this point, more than six months have passed since Lindsey first filed this lawsuit. More than three months have passed since her brief was initially due. Despite initiating this case, Lindsey has yet to file even an opening brief. The Court has been patient, but, as plaintiff, Lindsey has a duty to prepare and prosecute her case. While the Court is sympathetic to Lindsey's struggles as a *pro se* litigant, she is still expected to comply with procedural rules. *See Pearle Vision, Inc. v. Romm*, 541 F.3d 751, 758 (7th Cir. 2008). This case cannot continue if Lindsey will not litigate it. Accordingly, the Court will deny Lindsey's request for more time and, consistent with its prior warnings, will dismiss her case for failure to prosecute. *See* Civ. L.R. 41(c).

Accordingly,

**IT IS HEREBY ORDERED** that the case is **DISMISSED** for failure to prosecute. The Clerk of Court is instructed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin on September 4, 2025.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge